

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROYALCO OIL & GAS CORPORATION, | § | No. 08-11-00013-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 43rd District Court |
| v. | | |
| | § | of Parker County, Texas |
| TEXAS CES, INC. D/B/A SHALE TANK TRUCK, MERCER WELL SERVICE, AND BASIN TOOL COMPANY, | § | (TC# CV08-1966) |
| | § | |
| Appellees. | | |
| | § | |
| | § | |

**O R D E R**

On September 9, 2011, this Court issued an order abating the above styled and numbered case due to bankruptcy proceedings. The Order stated that once the proceeding were finished the parties were to file a proper motion showing that the stay has been lifted and specifying the action required by this Court. The Court ORDERS a motion/response is due to be filed with this Court on or before February 23, 2022 regarding the status of the bankruptcy.

IT IS SO ORDERED this 8th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.